# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Gerardo Sofonias Juarez-Bautista,<br>a.k.a.: Gerardo Sofonias Juares-Bautista,<br>a.k.a.: Sofonias Juares,<br>a.k.a.: Urias Rodelmi Avila,<br>(A201 152 680)<br>*Defendant* | )<br>)<br>) Case No. 17-9281 MJ<br>)<br>)<br>) |

DOVX 7/7/17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 7, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Gerardo Sofonias Juarez-Bautista, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about December 11, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

*Complainant's signature*

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 10, 2017

*Judge's signature*

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 7, 2017, while following a lead, the Phoenix ICE Mobile Criminal Alien Team (MCAT) encountered Gerardo Sofonias Juarez-Bautista at or near 4810 East Ray Road, in Phoenix, Arizona. At the scene, ICE MCAT Officers interviewed Juarez-Bautista and determined him to be a citizen of Guatemala, illegally present in the United States. On the same date, Juarez-Bautista was transported to the Phoenix ICE office for further investigation and processing. Juarez-Bautista was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Gerardo Sofonias Juarez-Bautista to be a citizen of Mexico and a previously deported criminal alien. Juarez-Bautista was removed from the United States to Mexico, at or near Nogales, Arizona, on or about December 11, 2014, pursuant to the reinstatement of an order of removal issued by an

1

immigration judge. There is no record of Juarez-Bautista in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Juarez-Bautista's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Gerardo Sofonias Juarez-Bautista was convicted of Re-Entry of Removed Alien, a felony offense, on October 6, 2014, in the United States District Court, District of Arizona. Juarez-Bautista was sentenced to seven (7) months' imprisonment and three (3) years' of supervised release. Juarez-Bautista's criminal history was matched to him by electronic fingerprint comparison.

5. On July 7, 2017, Gerardo Sofonias Juarez-Bautista was advised of his constitutional rights. Juarez-Bautista freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about July 7, 2017, Gerardo Sofonias Juarez-Bautista, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about December 11, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to

reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 10th day of July, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge